IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

                    Plaintiff,

    v.

JAMES GOODSETT, PAUL HICKS,
PHILIP KURLEY, GUPTA PANKHA,
ROD PETERSON, DR. ROWE,
JAMES SEHLOFF and L. WILLIAMS,

                    Defendants.

ORDER

11-cv-823-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Christine Porter has brought this civil action alleging that defendant doctors harmed her by prescribing her various drugs. This is the third time plaintiff has attempted to bring this lawsuit in this court. Twice before, in cases 08-cv-635-bbc or 11-cv-119-bbc, I have dismissed plaintiff's medical malpractice claims because they are state law claims that do not belong in this court. (A search of Wisconsin's online court access database fails to show that plaintiff has attempted to litigate this action in state court.) As with her previous cases, plaintiff makes no attempt to show that diversity jurisdiction applies by indicating that all defendants are citizens of states other than the one of which she is a citizen and that she seeks more than $75,000 in damages. Accordingly, in keeping with the actions taken in the previous two cases I will dismiss this case.

      I note that plaintiff adds, "The attory need you to ver ride the statute 08-cv-635-bbc."

1

Although it is not entirely clear what point plaintiff is trying to make, from her previous cases I am aware that she has sought the help of private attorneys. I encourage her to continue those efforts, but there is nothing in her current complaint that leads me to a different conclusion from the one I reached in her previous cases.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice to plaintiff Christine Porter's refiling her claims in state court.

Entered this 31st day of January, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge